# ELECTRONIC RECORD

COA # 05-13-01528-CR          OFFENSE: 71.02

STYLE: The State of Texas v. Casey Benson          COUNTY: Dallas

COA DISPOSITION:     REVREM          TRIAL COURT: 204th Judicial District Court

DATE: 10/29/2014          Publish: NO     TC CASE #: F13-10017

# IN THE COURT OF CRIMINAL APPEALS

STYLE: The State of Texas v. Casey Benson          CCA #: 1538-14

_APPELLEE'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 02/11/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**